UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY DEECK, and THE BRONSON LLC, <br>  Plaintiffs, <br> v. <br> PAUL Z. SINGER, *INDIVIDUALLY*, SINGER FINANCIAL CORPORATION, and BLACKCHAIR FUNDING LLC, <br>  Defendants. | : <br> : <br> : <br> : <br> : No. 5:24-cv-1929 <br> : <br> : <br> : <br> : <br> : |

# O R D E R

**AND NOW**, this 20th day of August, 2024, upon consideration of the Motion to Dismiss brought by Defendants, *see* ECF No. 13, Plaintiffs' Motion for Taxation of Costs, *see* ECF No. 20, the responses to both motions, and for the reasons set forth in the Opinion issued on this date,

**IT IS ORDERED THAT**:

1. Defendant's Motion to Dismiss, ECF No. 13, is **GRANTED**.

2. This case is **DISMISSED** for lack of jurisdiction.

3. Plaintiffs' Motion for Taxation of Costs, ECF No. 20, is **DENIED**.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge